# EXHIBIT

# 10

**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)
**Date:** Friday, July 24, 2026 at 3:15:54 PM Pacific Daylight Time
**From:** Tanner Laiche
**To:** Michelle Morin, Rocco Magni
**CC:** Max Tribble, Brian Melton, Tamar Lusztig, Emily Portuguese, Samuel Drezdzon, Richard Wojtczak

Hi Michelle,

Thank you for the meet and confer earlier this week. Below is a list of questions to share with your client's engineers. Please let me know when works for you for our follow up call to discuss.

General Deployment

- Do you have architecture diagrams for your hardware and software systems that use NVIDIA GPUs?
- Do you use PyTorch or TensorRT?
- Which of the following, if any, top-layer applications do you use: Modulus, Maxine, cuQuantum, Merlin, Aerial, Monai, Triton, Nemo, VSS Blueprint, Riva, Metropolis, Holoscan, Clara Parabricks, Rapids, Isaac, Isaac Lab, Drive, DriveWorks, and Morpheus?
- For each NVIDIA software product identified, in the ordinary course, do you download and use it locally, use it via a cloud-based solution offered by NVIDIA, or through a third-party cloud provider?
- Do you make modifications to the source code for PyTorch, TensorRT, or other NVIDIA-provided software when its deployed on NVIDIA GPUs?
- In the ordinary course, approximately how frequently do you run computations utilizing PyTorch or TensorRT on NVIDIA GPUs (e.g., many times per day, every day, every week, or every month)?
- Are the relevant systems operated in the United States or used to support U.S.-directed operations?

Input Data Path

- In the ordinary course, do you use GPUDirect Storage (GDS) to load input data directly from storage into GPU memory, bypassing CPU main memory? Or do you use CPU main memory?
- In the ordinary course, do you use GPUDirect RDMA or any direct NIC-to-GPU memory path for receiving live input data?
- In the ordinary course, do you use unified memory (cudaMallocManaged), Unified Virtual Memory (UVM), or a coherent CPU/GPU memory architecture (e.g., DGX Spark UMA, Grace Hopper coherent memory) for the input data path?

- In the ordinary course, do you use the PyTorch function torch.cuda.gds.GdsFile or any GDS-enabled data loader (e.g., DALI GDS, KvikIO) to load data?

Output Data Path and Memory Transfers

- In the ordinary course, are outputs of GPU computations copied back to CPU/main memory? If so, what data is copied (e.g., transcripts, generated tokens, logits, embeddings)?
- In the ordinary course, do GPU-to-CPU (D2H) or CPU-to-GPU (H2D) data transfers occur during or in parallel with GPU computations, or only after each computation completes?
- In the ordinary course, how are your memory partitions configured for GPU computations? Are there separate memory regions for input data, output data, workspace, and intermediate results?
- In the ordinary course, are output buffers from one GPU computation reused as input buffers for a subsequent computation?
- Do you use torch.compile, TorchDynamo, Triton, TensorRT-LLM compilation, NVRTC, or PTX JIT to generate GPU programs at runtime, or do you use only precompiled kernels?

TensorRT Usage

- If you use TensorRT or TensorRT-LLM, how do you populate the input buffers and retrieve the outputs? Do you use CPU-side request processing and H2D/D2H copies?
- Are TensorRT engines built by your organization, provided pre-built by NVIDIA, or obtained from another source?

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON · LOS ANGELES · SEATTLE · NEW YORK**

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Tuesday, July 21, 2026 at 10:59 AM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp.,

7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Yes, that's fine. Thank you, Michelle

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Monday, July 20, 2026 5:12 PM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Michelle,

Thank you for the response. We can do noon pacific. Would that work for you?

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Monday, July 20, 2026 at 1:19 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Rocco, I have availability to confer on Wednesday during Pacific business hours. Would

something in that window work for you? Best, Michelle

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Friday, July 17, 2026 8:16 AM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Ms. Morin,

Please provide times on Monday or Tuesday to meet and confer. Thank you.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Thursday, July 16, 2026 at 3:06 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Subject:** Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Counsel, please see attached Rs and Os from Oracle in the above-captioned matter.

Best regards,
Michelle

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Sent:** Thursday, July 9, 2026 4:22 PM

**To:** tlaiche@susmangodfrey.com <tlaiche@susmangodfrey.com>
**Cc:** eportuguese@susmangodfrey.com <eportuguese@susmangodfrey.com>
**Subject:** Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Oracle Confidential

Tanner,

Thank you for the call today, and for the extension of time on Oracle's responses in objections to the Neural AI subpoena. We'll email those to you by 7/16, as discussed.

Best regards,
Michelle

Michelle Morin (she/her) I Managing Counsel | CIPP/US, AIGP
Phone: +16506071383
Oracle Litigation
500 Oracle Parkway, M/S 5op7 I Redwood Shores, CA 94065

Oracle Confidential

Oracle Confidential

Oracle Confidential

Oracle Confidential