# EXHIBIT

# 11

| | |
|---|---|
| **Subject:** | Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.) |
| **Date:** | Tuesday, August 4, 2026 at 11:28:50 AM Pacific Daylight Time |
| **From:** | Tanner Laiche |
| **To:** | Rocco Magni, Michelle Morin |
| **CC:** | Max Tribble, Brian Melton, Tamar Lusztig, Emily Portuguese, Samuel Drezdzon, Richard Wojtczak |
| **Attachments:** | Neural AI, Third-Party Questions.docx, Neural AI, Draft Third-Party Declaration.docx |

Counsel,

I am following up on Rocco's email.

Despite the parties' prior meet-and-confers, document discovery in the underlying action closes on August 11. Unless the parties can promptly reach a resolution, that deadline leaves Neural AI no practical alternative but to move to compel by the end of this week or, at the latest, August 10, to preserve its rights.

To reduce burden and potentially avoid motion practice, I am re-attaching the set of questions we previously sent intended to guide your investigation and help identify the responsive information, and also recirculating the draft declaration we previously shared, and that Oracle may revise to ensure its accuracy.

If Oracle commits to provide an executed declaration, Neural AI is willing to consider accepting the declaration in lieu of further document production and/or deposition testimony, subject to resolving any material gaps. Otherwise, the discovery deadline will force Neural AI to move to compel by or before August 10 to preserve its rights. Even if a motion becomes necessary, we remain open to resolving the issues promptly and mooting or withdrawing the motion through compliance.

We are available this week to further meet and confer as necessary.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Tuesday, July 28, 2026 at 4:49 PM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble

<MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Michelle,

Thanks again for speaking with us. Attached is a draft template of a declaration. Do you have time later this week to discuss? Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Tuesday, July 21, 2026 at 1:59 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Yes, that's fine. Thank you, Michelle

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Monday, July 20, 2026 5:12 PM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>

**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Michelle,

Thank you for the response. We can do noon pacific. Would that work for you?

--

Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Monday, July 20, 2026 at 1:19 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Rocco, I have availability to confer on Wednesday during Pacific business hours. Would something in that window work for you? Best, Michelle

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Friday, July 17, 2026 8:16 AM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Ms. Morin,

Please provide times on Monday or Tuesday to meet and confer. Thank you.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Thursday, July 16, 2026 at 3:06 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Subject:** Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Counsel, please see attached Rs and Os from Oracle in the above-captioned matter.

Best regards,
Michelle

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Sent:** Thursday, July 9, 2026 4:22 PM
**To:** tlaiche@susmangodfrey.com <tlaiche@susmangodfrey.com>
**Cc:** eportuguese@susmangodfrey.com <eportuguese@susmangodfrey.com>
**Subject:** Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Oracle Confidential

Tanner,

Thank you for the call today, and for the extension of time on Oracle's responses in objections to the Neural AI subpoena. We'll email those to you by 7/16, as discussed.

Best regards,
Michelle

Michelle Morin (she/her) I Managing Counsel | CIPP/US, AIGP
Phone: +16506071383
Oracle Litigation
500 Oracle Parkway, M/S 5op7 I Redwood Shores, CA 94065

Oracle Confidential

Oracle Confidential

Oracle Confidential

Oracle Confidential