# EXHIBIT

# 14

NVIDIA.

Search Newsroom

PLATFORMS


AUTONOMOUS MACHINES


CLOUD & DATA CENTER


DEEP LEARNING & AI


DESIGN & PRO VISUALIZATION


HEALTHCARE


HIGH PERFORMANCE COMPUTING


SELF-DRIVING CARS


GAMING & ENTERTAINMENT

OTHER LINKS

DEVELOPERS VIEW ALL PRODUCTS

INDUSTRIES GPU TECHNOLOGY CONFERENCE

SHOP NVIDIA BLOG

DRIVERS COMMUNITY

SUPPORT CAREERS

ABOUT NVIDIATECHNOLOGIES

"Accelerated computing and AI are key to tackling rising costs in every aspect of operating businesses," said Jensen Huang, CEO and founder, NVIDIA. "Enterprises are increasingly turning to cloud-first AI strategies that enable fast development and scalable deployment. Our partnership with Oracle will put NVIDIA AI within easy reach for thousands of companies."

**NVIDIA AI Coming to Oracle Cloud Infrastructure**

NVIDIA and Oracle have been serving enterprises together for years with accelerated computing instances and software available via OCI. With the full NVIDIA AI platform available on OCI instances, the extended partnership is designed to accelerate AI-powered innovation for a broad range of industries to better serve customers and support sales.

NVIDIA AI Enterprise, the globally adopted software of the NVIDIA AI platform, includes essential processing engines for each step of the AI workflow, from data processing and AI model training to simulation and large-scale deployment. NVIDIA AI enables organizations to develop predictive models to automate business processes and gain rapid business insights with applications such as conversational AI, recommender systems, computer vision and more. The parties plan to make an upcoming release of NVIDIA AI Enterprise available on OCI, providing customers with easy access to NVIDIA's accelerated, secure and scalable platform for end-to-end AI development and deployment.

Additionally, Oracle is now offering early access to NVIDIA RAPIDS acceleration for Apache Spark data processing on the OCI Data Flow fully managed Apache Spark service. Data processing is one of the top cloud computing workloads. To support this demand, OCI Data Science plans to offer support for OCI bare-metal shapes, including BM.GPU.GM4.8 with NVIDIA A100 Tensor Core GPUs, across managed notebook sessions, jobs and model deployment.

NVIDIA Clara™ , a healthcare AI and HPC application framework for medical imaging, genomics, natural language processing and drug discovery, is also coming soon. Oracle and NVIDIA are additionally collaborating on new AI-accelerated Oracle Cerner offerings for healthcare, which span analytics, clinical solutions, operations, patient management systems and more.

**Oracle and NVIDIA CEOs to Discuss Driving Business Success at Oracle CloudWorld**

Tune in to the Oracle CloudWorld keynote today at 9 a.m. PT, or watch on-demand to see Huang will join Catz to discuss the expanded partnership.

**About Oracle CloudWorld**
Oracle CloudWorld is Oracle's largest global celebration of customers and partners. Join us to discover the insights you need to tackle your biggest business challenges, build your skills, knowledge, and connections, and learn more about our cloud infrastructure, database and applications from the people that build and use them. For registration, live keynotes, session details, news and more, visit https://www.oracle.com/cloudworld or www.oracle.com/newsroom.

**About NVIDIA**
Since its founding in 1993, NVIDIA (NASDAQ: NVDA) has been a pioneer in accelerated computing. The company's invention of the GPU in 1999 sparked the growth of the PC gaming market, redefined computer graphics, ignited the era of modern AI and is fueling the creation of the metaverse. NVIDIA is now a full-stack computing company with data-center-scale offerings that are reshaping industry. More information at https://nvidianews.nvidia.com/.

**About Oracle**
Oracle offers integrated suites of applications plus secure, autonomous infrastructure in the Oracle Cloud. For more information about Oracle (NYSE: ORCL), please visit us at oracle.com.

Statements in this article relating to Oracle's future plans, expectations, beliefs, and intentions are "forward-looking statements" and are subject to material risks and uncertainties. Many factors could affect Oracle's current expectations and actual results, and could cause actual results to differ materially. A discussion of such factors and other risks that affect Oracle's business is contained in Oracle's Securities and Exchange Commission (SEC) filings, including Oracle's most recent reports on Form 10-K and Form 10-Q under the heading "Risk Factors." These filings are available on the SEC's website or on Oracle's website at http://www.oracle.com/investor. All information in this article is current as of October 18, 2022 and Oracle undertakes no duty to update any statement in light of new information or future events.

Oracle, Java, and MySQL are registered trademarks of Oracle Corporation. NVIDIA, the NVIDIA logo, NVIDIA Clara and RAPIDS are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated.

## Media Contacts

Carolin Bachmann
+1-415-622-8466
carolin.bachmann@oracle.com
Shannon McPhee
NVIDIA Corporation
press@nvidia.com

## Downloads

- Download Press Release
- Download Attachments

## More Images

NVIDIA

PLATFORMS



AUTONOMOUS MACHINES



CLOUD & DATA CENTER



DEEP LEARNING & AI



DESIGN & PRO VISUALIZATION



HEALTHCARE



HIGH PERFORMANCE COMPUTING



SELF-DRIVING CARS



GAMING & ENTERTAINMENT

OTHER LINKS

DEVELOPERS VIEW ALL PRODUCTS

INDUSTRIES GPU TECHNOLOGY CONFERENCE

SHOP NVIDIA BLOG

DRIVERS COMMUNITY

SUPPORT CAREERS

ABOUT NVIDIATECHNOLOGIES