# EXHIBIT

# 15

# Oracle Cloud Infrastructure Deploys Thousands of NVIDIA Blackwell GPUs for Agentic AI and Reasoning Models

NVIDIA GB200 NVL72 systems with NVIDIA Quantum InfiniBand networking now available from OCI.

April 28, 2025 by Ian Buck

2 mins 0 Share



Oracle has stood up and optimized its first wave of liquid-cooled NVIDIA GB200 NVL72 racks in its data centers. Thousands of NVIDIA Blackwell GPUs are now being deployed and ready for customer use on NVIDIA DGX Cloud and Oracle Cloud Infrastructure (OCI) to develop and run next-generation reasoning models and AI agents.

Oracle's state-of-the-art GB200 deployment includes high-speed NVIDIA Quantum-2 InfiniBand and NVIDIA Spectrum-X Ethernet networking to enable scalable, low-latency performance, as well as a full stack of software and database integrations from NVIDIA and OCI.

OCI, one of the world's largest and fastest-growing cloud service providers, is among the first to deploy NVIDIA GB200 NVL72 systems. The company has ambitious plans to build one of the world's largest Blackwell clusters. OCI Superclusters will scale beyond 100,000 NVIDIA Blackwell GPUs to meet the world's skyrocketing need for inference tokens and accelerated computing. The torrid pace of AI innovation continues as several companies including OpenAI have released new reasoning models in the past few weeks.

OCI's installation is the latest example of NVIDIA Grace Blackwell systems going online worldwide, transforming cloud data centers into AI factories that manufacture intelligence at scale. These new AI factories leverage the NVIDIA GB200 NVL72 platform, a rack-scale system that combines 36 NVIDIA Grace CPUs and 72 NVIDIA Blackwell GPUs, delivering exceptional performance and energy efficiency for agentic AI powered by advanced AI reasoning models.

OCI offers flexible deployment options to bring Blackwell to customers across public, government and sovereign clouds, as well as customer-owned data centers through OCI Dedicated Region and OCI Alloy at any scale.

A number of customers are planning to deploy workloads right away on the OCI GB200 systems including major technology companies, enterprise customers, government agencies and contractors, and regional cloud providers.

These new racks are the first systems available from NVIDIA DGX Cloud, an optimized platform with software, services and technical support to develop and deploy AI workloads on leading clouds such as OCI. NVIDIA will use the racks for a variety of projects including training reasoning models, autonomous vehicle development, accelerating chip design and manufacturing, and developing AI tools.

GB200 NVL72 racks are live and available now from DGX Cloud and OCI.





**NVIDIA GTC Berlin Registration Is Now Open**

October 20-22

**Register Now >**


## Recent News

AI

**NVIDIA and Partners Build in America, for America**

August 5, 2026

AI Infrastructure

**NVIDIA Joins NSF State and Regional AI Hubs Program to Expand AI Research and Education Across the US**

August 4, 2026

Driving

**NVIDIA Alpamayo 2 Super, the Frontier Open Model for Robotaxis and Autonomous Vehicles, Now Available for Commercial Use**

August 4, 2026

AI Infrastructure

August 4, 2026

View All Recent News

Categories: AI Infrastructure Cloud Hardware Networking Software Supercomputing

Tags: Agentic AI AI Factory NVIDIA Spectrum-X Ethernet

Comments for this thread are now closed

0 Comments Login

14 Share Best Newest Oldest

This discussion has been closed.

Subscribe Privacy Do Not Sell My Data

## Related News

AI Infrastructure

**NVIDIA Joins NSF State and Regional AI Hubs Program to Expand AI Research and Education Across the US**

Aug 4, 2026



AI Infrastructure

**NVIDIA AI Supercomputer Comes Online at Naval Postgraduate School**

Jul 22, 2026



AI Infrastructure

**NVIDIA Vera Rubin Driving Performance Per Watt, Lowest Token Cost for Partners Worldwide**

Jul 21, 2026



Networking

**Built for Vera Rubin, NVIDIA Spectrum-6 Arrives in Gigascale AI Factories**

Jul 21, 2026



Copyright © 2026 NVIDIA Corporation