# EXHIBIT

# 17

Overview Compute Services Pricing Cost Estimator FAQ Documentation

Cloud > Compute >

# GPU Instances

Oracle Cloud Infrastructure (OCI) Compute provides industry-leading scalability and performance for bare metal and virtual machine (VM) instances powered by NVIDIA and AMD GPUs for mainstream graphics, AI inference, AI training, digital twins, and HPC.

Talk with a GPU expert | Read our update on AI innovation




Evidium Scales Medical Research with Oracle AI Infrastructure (3:04)

**Learn how to power production AI with OCI and NVIDIA RTX PRO.** Access the webinar

## Read the latest OCI announcements

### NVIDIA Blackwell

Learn about the availability of NVIDIA GB200 NVL72 systems on NVIDIA DGX Cloud and OCI.

### Oracle and AMD collaboration

Oracle and AMD announced that AMD Instinct MI355X GPUs will be available on OCI for large-scale AI training and inference workloads.

### Seekr selects OCI for trusted AI

Seekr choose OCI AI infrastructure to rapidly accelerate enterprise AI deployments, multinode AI training, and agentic AI.

### First Principles: Zettascale superclusters

Learn how OCI's cluster networks power scalable generative AI.

### Sovereign AI

Oracle and NVIDIA deliver sovereign AI anywhere.

### GA for NVIDIA GPU device plugin

The plugin in OCI Kubernetes Engine offers greater control and flexibility.

### OCI AI Blueprints

Easily deploy and scale AI workloads in production.

### AMD Instinct MI300X GPUs

OCI Compute bare metal instances with AMD GPUs reach general availability.

## Why use OCI for GPU instances?

Scalability
**131,072**
**Maximum number of GPUs in an OCI Supercluster[1]**

Performance
**3,200**
**Up to 3,200 Gb/sec of RDMA cluster network bandwidth[2]**

Value
**220%**
**GPUs for other CSPs can be up to 220% more expensive[3]**

Choice
**VM/BM**
**Rightsizing with VM and performance with bare metal instances**

1. OCI Supercluster scales up to 131,072 NVIDIA Blackwell B200 GPUs; 131,072 NVIDIA Blackwell B200 GPUs in NVIDIA Grace Blackwell GB200 Superchips; 65,536 NVIDIA H200 Tensor Core GPUs; 32,768 NVIDIA A100 Tensor Core GPUs; 16,384 NVIDIA H100 Tensor Core GPUs; and 16,384 AMD MI300X GPUs.

2. For bare metal instances with NVIDIA B200, H200, and H100 GPUs and AMD Instinct MI300X accelerators.

3. Based on on-demand pricing as of June 5, 2024.

Sign up for the new try-before-you-buy program for OCI Compute with AMD Instinct MI300X GPUs.

Sign up today

# GPU instances—key features

OCI is the only major cloud provider to offer bare metal instances with NVIDIA and AMD GPUs for high performance that's free of virtualization overhead. For checkpointing during AI training, our instances provide the most local storage per node (61.4 TB with H100 GPUs). For a balance of performance and price, OCI VMs with NVIDIA GPUs are consistently cheaper than AWS and Azure.

- Workload acceleration
- Value
- Instance choice
- Readily available software
- Sovereign AI

## High performance NVIDIA and AMD GPUs

**NVIDIA Tensor Core GPUs**

OCI offers the highest value and performance for bare metal and virtual machine compute instances powered by NVIDIA Blackwell GPUs, H200 Tensor Core GPUs, H100 Tensor Core GPUs, L40S GPUs, A100 Tensor Core GPUs, A10 Tensor Core GPUs, and older-generation NVIDIA GPUs.

**NVIDIA superchips**

OCI offers the NVIDIA GB200 Grace Blackwell Superchip in superclusters that scale to more than 100,000 GPUs.

**AMD Instinct accelerators**

OCI offers AMD Instinct MI300X GPUs with 192 GB of memory at a competitive price of $6 per GPU-hour.

**High performance cluster networking**

Oracle's ultralow-latency cluster networking, based on remote direct memory access (RDMA), provides microsecond-level latency.

- OCI's NVIDIA-Accelerated Breakthroughs in MLPerf Training V4.1 Benchmarks
- Accelerating AI Workloads with OCI Supercluster (PDF)

GPT-3 175B training: time to train versus number of NVIDIA H100 GPUs deployed in OCI Supercluster (0:55). Source: OCI performance for MLPerf v4.1 training

# GPU instances—use cases

AI training and inferencing | Virtual desktops | Computational fluid dynamics (CFD)

## AI infrastructure for deep learning training and inferencing

Train AI models using OCI Data Science, bare metal instances, cluster networking based on RDMA, and NVIDIA GPUs.

Learn about GPUs for AI innovators

"Our AI agents run continuously across hundreds of thousands of machines, turning raw sensor data into real-time maintenance decisions. OCI and our NVIDIA GPU infrastructure is what makes that scale possible, and what lets us keep pushing our physical AI models further without disrupting the operations our customers rely on."

**JP Voltani, CTO**

# GPU instances—customers

# Get started with GPU instances

Talk to a GPU expert | Leverage GPUs today | Free AI trial | Resources | Estimate your costs

## Access GPU and AI experts

Get help building your next GPU solution or deploying your AI workload on OCI AI infrastructure.

Talk with a GPU expert

### They can answer questions such as

- How do I get started with Oracle Cloud?
- What kinds of AI workloads can I run on OCI?
- What types of AI services does OCI offer?