# EXHIBIT

# 18




# ORACLE CAMPUS

Austin, Texas

## PROJECT DETAILS

**SIZE:**
560,000 SF
2095- Stall, Seven-Level Parking Garage

**TYPE OF PROJECT:**
Class A Office, Build-to-Suit

**RYAN RESPONSIBILITY:**
Development, Design Build, Construction, Capital Markets



## WE BUILD STORIES

This striking new urban waterfront campus in Austin is designed to attract, retain and inspire top talent—including the many millennials now entering the workforce. The vision is a facility that inspires outstanding employee performance while enhancing comfort and well-being. The design includes flexible, forward-thinking spaces featuring large floorplates and ten-foot ceilings for abundant natural light, and thoughtful connections to nature and the outdoors—including a stunning outdoor plaza—that provide workers with the opportunity to reflect and recharge. Amenities will include multiple cafes and state-of-the-art wellness and fitness facilities.

The Ryan team directed the public approval process and handled the intensive site and development permitting process for this unique Austin waterfront gem. We're also serving as project developer and builder for all aspects of the cutting-edge campus. In order to create the most efficient process possible, development and design-build services are being combined as the project progresses from concept and design through construction and delivery.

## AWARDS

### BEST OFFICE DEVELOPMENT, 2019

Austin Business Journal

### MOST INFLUENTIAL PROJECT, 2018

Urban Land Institute (ULI) Austin

### EXCELLENCE IN CONSTRUCTION, 2018

**We value your privacy**

We use cookies to enhance your browsing experience, serve personalised ads or content, and analyse our traffic. By clicking "Accept All", you consent to our use of cookies.

Customise Reject All Accept All

RYAN

PROJECTS SERVICES INDUSTRIES ABOUT CAREERS | INVESTORS

















**We value your privacy**

We use cookies to enhance your browsing experience, serve personalised ads or content, and analyse our traffic. By clicking "Accept All", you consent to our use of cookies.

RYAN

PROJECTS SERVICES INDUSTRIES ABOUT CAREERS INVESTORS



Indian Creek Nature Center



University of St. Thomas Lee & Penny Anderson Arena



Innovate 48



Northwest Commerce Center




## LET'S **CONNECT**

Let us create the right solution for your business—built on experience, insight and a commitment to exceptional outcomes.

CONTACT US

RYAN

**PROJECTS**

**SERVICES**
- DEVELOPMENT
- ARCHITECTURE + ENGINEERING
- CONSTRUCTION
- PROPERTY MANAGEMENT
- INVESTMENT

**INDUSTRIES**
- BUILD-TO-SUIT
- MISSION CRITICAL
- HEALTHCARE
- INDUSTRIAL
- SPEC INDUSTRIAL
- HOUSING
- OFFICE
- LIFE SCIENCES
- RETAIL
- EDUCATION
- ADDITIONAL EXPERTISE

**ABOUT**
- OUR TEAM
- OUR APPROACH
- IMPACT
- NEWS & INSIGHTS

**INVESTORS**
- INVESTOR PORTAL

**LOCATIONS**

**CAREERS**

©2026 Ryan Companies. All rights reserved. Design by Hinge.

Investor Portal Legal & Privacy

**We value your privacy**

We use cookies to enhance your browsing experience, serve personalised ads or content, and analyse our traffic. By clicking "Accept All", you consent to our use of cookies.