# EXHIBIT

# 19

# United States Field Offices

Each Oracle office provides specific services to Oracle customers, from sales and consulting to education and support. To learn more about these offerings, contact the Oracle office near you.

## Options by State

Jump To: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

### C

#### California

**Irvine**
17901 Von Karman Avenue
Suite 800
Irvine, CA 92614
Phone: +1.949.623.9700
Fax: +1.949.623.9698

**Pleasanton**
5805 Owens Drive Pleasanton, CA 94588
Phone Numbers:
Phone: +1.925.694.3000
Fax: +1.800.380.7638

**Redwood Shores**
500 Oracle Parkway
Redwood Shores, CA 94065
Phone: +1.650.506.7000

**Rocklin**
1001 Sunset Boulevard
Rocklin, CA 95765
Phone: +1.916.315.3500
Fax: +1.916.315.3000

**Santa Clara**
4230 Leonard Stocking Drive
Santa Clara, CA 95054
Phone: +1.408.276.0000

**Santa Monica**
The Water Garden
1620 26th Street
Suite100S
Santa Monica, CA 90404
Phone: +1.310.633.2100
Fax: +1.310.633.2620

#### Colorado

**Broomfield**
500 Eldorado Blvd.
Broomfield, CO 80021
Phone: +1.303.464.4000

**Denver**
7604 Technology Way
Denver, CO 80237
Phone: +1.303.334.4000

**Denver**
7700 Technology Way
Denver, CO 80237
Phone: +1.303.334.4000

### D

#### District of Columbia

**Washington**
901 F Street NW
Suite 800
Washington, DC 20004

### F

#### Florida

**Orlando**
Lakefront

7453 TG Lee Boulevard
Orlando, FL 32822
Phone: +1.407.458.1200
Fax: +1.407.251.0812

---

## I

### Illinois

**Chicago**

Willis Tower
233 South Wacker Drive
45th Floor
Chicago, IL 60606
Phone: +1.312.651.8000
Fax: +1.312.559.8402

---

## M

### Maryland

**Columbia**

Annapolis Junction
306 Sentinel Drive
4th Floor
Annapolis Junction, MD 20701
Phone: +1.301.206.6800
Fax: +1.301.490.9237

**Columbia**

7031 Columbia Gateway Drive
Columbia, MD 21046-2583
Phone: +1.443.285.8000
Fax: +1.667.786.6171

### Massachusetts

**Burlington**

35 Blue Sky Drive
Burlington, MA 01803
Phone: +1.781.442.0000

**Burlington**

10 Van de Graaff Drive
Burlington, MA 01803
Phone: +1.781.744.0000
Fax: +1.781.744.0001

### Missouri

**Kansas City - Innovation**

Innovation 1024-0
8779 Hillcrest Road
Kansas City, MO 64138
Phone: +1.816.201.4900

---

## N

### Nevada

**Las Vegas**

6725 Via Austi Parkway, Suite 360
Las Vegas, NV 89119
Phone: +1.702.854.7200
Fax: +1.702.257.0260

### New Hampshire

**Nashua**

One Oracle Drive

Nashua, NH 03062
Phone: +1.603.897.3501
Fax: +1.603.897.3008

## New York

### New York City

368 9th Avenue
17th Floor
New York, NY 10010

## North Carolina

### Morrisville

Perimeter Park
5200 East Paramount
Suite 100
Morrisville, NC 27560
Phone: +1.919.205.6000
Fax: +1.919.468.3736

---

# O

## Oregon

### Hillsboro

3380 NE 79th Avenue
Hillsboro, OR 97124
Phone: +1.503.495.8070
Fax: +1.503.495.8073

---

# P

## Pennsylvania

### Malvern - Valley Stream Parkway

51 Valley Stream Parkway
Building 3
Malvern, PA 19355
Phone: +1.610.219.6300

---

# T

## Tennessee

### Nashville - Capitol View

500 11th Ave N
Nashville, TN 37203
Phone: +1.629.736.4000

### Nashville - Neuhoff

1320 Adams Street
Nashville, TN 37208
Phone: +1.629.736.4000
Fax: +1.629.736.5995

### Nashville - Radius

601 11th Ave N
Nashville, TN 37203
Phone: +1.629.736.4000

## Texas

### San Antonio - Ridgewood Parkway

19100 Ridgewood Parkway
10th Floor - Building 1
San Antonio, Texas 78259
Phone: +1.210.536.9200

### World Headquarters

2300 Oracle Way
Austin, TX 78741
Phone: +1.737.867.1000

## U

### Utah

**Lehi**

3450 North Triumph Boulevard
Suite 300
Lehi, Utah 84043
Phone: +1.385.345.9000
Fax: +1.385.345.9693

---

## V

### Virginia

**Arlington - North Moore**

1812 North Moore Street
Arlington, VA 22209

**Reston**

1910 Oracle Way
Reston, VA 20190
Phone: +1.703.478.9000
Fax: +1.703.318.6340

---

## W

### Washington

**Seattle**

Russell Investments Center
1301 2nd Avenue
Seattle, WA 98101-2930
Phone: +1.206.830.1000
Fax: +1.206.830.1620

### World Headquarters

**Austin**

Oracle Corporation
2300 Oracle Way
Austin, TX 78741
Phone: +1.737.867.1000

© 2026 Oracle