# EXHIBIT

# 20

FIND

Job title, skill, keyword, event

NEAR LOCATION

City, state, country

Posting Date

### Oracle NetSuite Customer Success Associate Consultant ...

Austin, TX, United States **and 1 more**

TRENDING

Join Oracle NetSuite's Customer Success Shared Resource Team (SRT), a collaborative community focused on developing the next generation of customer success consultants. You will learn alongside experienced...

### Catalyst Foundations Data Center Technician - Red Oak, TX

TX, United States

TRENDING

Anticipated Start Dates (subject to change): November 2, 2026 Oracle Cloud Infrastructure (OCI) is expanding rapidly, and we are seeking motivated individuals to join our Infrastructure Operations team through the...

### Catalyst Velocity Data Center Technician - Red Oak, TX

TX, United States

TRENDING

Anticipated Start Dates (subject to change): November 2, 2026 Oracle Cloud Infrastructure (OCI) is seeking skilled technicians to join our Infrastructure Operations team through the Catalyst Program – Velocity Track, designed ...

Oracle Talent Network

Get career insights and job opportunities

Join our network

**See recommended jobs based on your CV/resume (your file will not be stored)**

**Select a file or drop one here**

## Create the **future** with us

Oracle Careers I Create the Future With Us

Oracle Careers

Watch on

All over the world, people's lives are better because of Oracle. Want to make a difference? **Join our company of change makers.**

## Oracle Talent Network

Join the Oracle Talent Network to receive career insights and opportunities.

Join now

If you require accessibility assistance or accommodation for a disability at any point, let us know by emailing accommodation-request_mb@oracle.com or by calling +1 888 404 2494 in the U.S.
Oracle's U.S. affirmative action plan for people with disabilities and military veterans is available by contacting +1 888 404 2494.

Need Help? Contact us and include a detailed description of the issue.
Oracle's Pre-employment Screening Process Oracle's Equal Employment Opportunity and Pay Transparency

© 2026 Oracle © 2026 Oracle | Privacy / Do Not Sell My Info Ad Choices | Careers Policy