# EXHIBIT

# 21

| | |
|---|---|
| **Subject:** | Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.) |
| **Date:** | Monday, August 10, 2026 at 7:52:11 PM Pacific Daylight Time |
| **From:** | Michelle Morin |
| **To:** | Rocco Magni |
| **CC:** | Tanner Laiche |
| **Attachments:** | 8-10-26 Third Party Oracle Declaration re Neural AI Subpoena - Donald Lu.pdf |

EXTERNAL Email
Oracle Confidential

Rocco,

Oracle maintains all its objections, including with regard to seeking documents or deposition testimony from Oracle witness, as this is unreasonably and disproportionately burdensome on Oracle, a non-party to the litigation, in light of everything your team has already asked Oracle to provide — and hereby is providing.

The attached declaration, which constitutes Oracle's amended response to Neural AI's subpoena, is designated Attorneys' Eyes Only under the protective order.

The undersigned hereby certifies that on August 10, 2026 a true and correct copy of the foregoing document has been served via electronic mail on the following counsel of record: rmagni@susmangodfrey.com, tlaiche@susmangodfrey.com, jwelsh@desmaraisllp.com.

Best regards,
Michelle L. Morin

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Thursday, August 6, 2026 6:03 PM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Hi Michelle,

I think we're talking past each other. We're just trying to say we're going to have to preserve our position by filing a motion to compel before the discovery deadline on 8/11. We are absolutely willing ti withdraw our doc requests if the declaration shows what we expect it to show (and do a short depo just to confirm accuracy of info in the Dec). Let me know if you'd like to chat again tomorrow.
--

Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519

**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

On Aug 6, 2026, at 7:57 PM, Michelle Morin <michelle.morin@oracle.com> wrote:

EXTERNAL Email
Oracle Confidential

Rocco,

Oracle maintains all its objections as stated in the Rs and Os previously served, including without limitation its objections as to disproportionality of the burden of these requests on Oracle, and as to unreasonableness of the time provided to respond in light of the (still) exceedingly broad scope of the information sought, and its objections to providing deposition testimony in response to the subpoena.

I note as well that your colleague's email appears to now ask Oracle to commit to providing a declaration with no indication of whether Neural AI would accept it as a reasonable response to the subpoena's requests, which seems entirely inconsistent with your and your team's representations during our meet-and-confers on 7/22 and 7/31.

During those conferences, it was your counsel team that proposed the written declaration approach, and your team that in both conferences seemed eager to have Oracle adopt this approach. In reliance on the representations and communications of your team, Oracle has undertaken far more than merely reasonable efforts to work toward providing you with a written response to the subpoena in the manner your team suggested, notwithstanding the lack of a centralized single repository or individual in possession of the breadth of the subject matter requested in the subpoena.

In contrast, your colleague's email now appears to suggest that Neural AI wishes to simply add a written declaration to the cumulative burden you wish

to impose on Oracle, a non-party to your litigation, rolling back all the progress of the two prior conferences. Oracle objects to this new proposal and will continue to object to providing additional deposition and document discovery, having spent the last two weeks conforming our efforts to your proposed approach.

I can confirm that it remains Oracle's plan to provide you with a written declaration, and that we are aiming to do so by your discovery deadline, in exchange for your commitment to forego your demands for document production and deposition testimony (and I suppose, in light of the threat your colleague has injected into this discussion, I now have to add that this would of course also be subject to Oracle's not having to undertake the cost and burden of unnecessary motions practice on these issues). I ask that you in turn please confirm that the declaration approach will remain an acceptable form of response in lieu of Oracle deposition testimony and document production.

Regarding your reservation regarding "material gaps": I'm of course willing to consider your position and to continue to meet and confer with you upon your receipt of the declaration, but I note again that the declaration draft was provided by your own team. To the extent you believe or anticipate that your own draft leaves "material gaps" in what you assert to be appropriate for your third-party discovery request to Oracle, I request that you clarify what you're concerned about, and identify those gaps, immediately.

Best regards,
Michelle

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Tuesday, August 4, 2026 11:28 AM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Michelle Morin <michelle.morin@oracle.com>
**Cc:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Counsel,

I am following up on Rocco’s email.

Despite the parties' prior meet-and-confers, document discovery in the underlying action closes on August 11. Unless the parties can promptly reach a resolution, that deadline leaves Neural AI no practical alternative but to move to compel by the end of this week or, at the latest, August 10, to preserve its rights.

To reduce burden and potentially avoid motion practice, I am re-attaching the set of questions we previously sent intended to guide your investigation and help identify the responsive information, and also recirculating the draft declaration we previously shared, and that Oracle may revise to ensure its accuracy.

If Oracle commits to provide an executed declaration, Neural AI is willing to consider accepting the declaration in lieu of further document production and/or deposition testimony, subject to resolving any material gaps. Otherwise, the discovery deadline will force Neural AI to move to compel by or before August 10 to preserve its rights. Even if a motion becomes necessary, we remain open to resolving the issues promptly and mooting or withdrawing the motion through compliance.

We are available this week to further meet and confer as necessary.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 I tlaiche@susmangodfrey.com
401 Union Street I Suite 3000 I Seattle, WA 98101
**HOUSTON · LOS ANGELES · SEATTLE · NEW YORK**

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Tuesday, July 28, 2026 at 4:49 PM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Michelle,

Thanks again for speaking with us. Attached is a draft template of a declaration. Do you have time later this week to discuss? Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
Firm Bio
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Tuesday, July 21, 2026 at 1:59 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Yes, that's fine. Thank you, Michelle

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Monday, July 20, 2026 5:12 PM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Michelle,

Thank you for the response. We can do noon pacific. Would that work for you?

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Monday, July 20, 2026 at 1:19 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** Re: [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Rocco, I have availability to confer on Wednesday during Pacific business hours. Would something in that window work for you? Best, Michelle

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Friday, July 17, 2026 8:16 AM
**To:** Michelle Morin <michelle.morin@oracle.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>
**Subject:** [External] : Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Ms. Morin,

Please provide times on Monday or Tuesday to meet and confer. Thank you.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Date:** Thursday, July 16, 2026 at 3:06 PM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Subject:** Re: Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

EXTERNAL Email
Oracle Confidential

Counsel, please see attached Rs and Os from Oracle in the above-captioned matter.

Best regards,
Michelle

---

**From:** Michelle Morin <michelle.morin@oracle.com>
**Sent:** Thursday, July 9, 2026 4:22 PM
**To:** tlaiche@susmangodfrey.com <tlaiche@susmangodfrey.com>
**Cc:** eportuguese@susmangodfrey.com <eportuguese@susmangodfrey.com>
**Subject:** Subpoena from Neural AI in Neural AI, LLC v. NVIDIA Corp., 7:24-cv-00221-LS-DTG (W.D. Tex.)

Oracle Confidential

Tanner,

Thank you for the call today, and for the extension of time on Oracle's responses in objections to the Neural AI subpoena. We'll email those to you by 7/16, as discussed.

Best regards,
Michelle

Michelle Morin (she/her) l Managing Counsel | CIPP/US, AIGP
Phone: +16506071383
Oracle Litigation
500 Oracle Parkway, M/S 5op7 l Redwood Shores, CA 94065

Oracle Confidential

Oracle Confidential

Oracle Confidential

Oracle Confidential

Oracle Confidential

Oracle Confidential