# EXHIBIT

# 22

# FILED UNDER SEAL