# EXHIBIT

# 23

# FILED UNDER SEAL