IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| NEURAL AI, LLC, | § | |
| | § | |
| Petitioner, | § | Misc. Case No. 7:26-mc-00325 |
| v. | § | (Principal Case: MO:24-cv-221-LS-DTG) |
| | § | |
| ORACLE CORPORATION, | § | |
| | § | |
| Respondent. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO NEURAL AI'S MOTION TO COMPEL**

This Court, having considered the Oracle Corporation's Unopposed Motion for Extension to Respond to Neural AI, LLC's Moton to Compel hereby orders that the motion is GRANTED.

Oracle's deadline to respond to Neural's Motion to Compel shall be set on September 8, 2026.

SIGNED this ____ day of August, 2026.

____________________________________
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE