IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| NEURAL AI, LLC, | § | |
| | § | |
| Petitioner, | § | Misc. Case No. 7:26-mc-00325 |
| v. | § | (Principal Case: MO:24-cv-221-LS-DTG) |
| | § | |
| ORACLE CORPORATION, | § | |
| | § | |
| Respondent. | § | |

**UNOPPOSED MOTION FOR EXTENSION TO**
**<u>RESPOND TO NEURAL AI'S MOTION TO COMPEL</u>**

Oracle Corporation ("Oracle"), respectfully moves the Court for an order extending by one week the deadline for Oracle to respond to Neural AI's Motion to Compel. The deadline for Oracle to respond to Neural AI's ("Neural") Motion to Compel is September 22, 2026.

Neural does not oppose Oracle's request. The request is not sought for purposes of delay, is requested continue to narrow the scope of the dispute, and will not affect any other deadlines. Therefore, Oracle respectfully requests that the Court extend the deadline for Oracle to respond to Neural's Motion to Compel to September 29, 2026.

Dated: September 18, 2026

Respectfully submitted,

*<u>/s/ Michael Saulnier</u>*
Michael Saulnier
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
michael.saulnier@us.dlapiper.com

**ATTORNEY FOR RESPONDENT ORACLE CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 18, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by facsimile and/or first-class mail.

*/s/ Michael Saulnier*
Michael Saulnier

**CERTIFICATE OF CONFERENCE**

I hereby certify that Oracle conferred with Neural's counsel and Neural does not oppose Oracle's request sought in this motion.

*/s/ Michael Saulnier*
Michael Saulnier